UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Ramon M. Jackson,

Petitioner,

Case Number: 26-cv-13402
Honorable F. Kay Behm

v.

State of Michigan, et al.,

Respondents.
_________________________________/

# JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Opinion and Order entered on this date this cause of action is **DISMISSED**.

KINIKIA D. ESSIX
CLERK OF THE COURT

BY: s/Kourtney Collins

APPROVED:

s/F. Kay Behm
F. Kay Behm
United States District Judge